O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WEN YUAN WANG, an individual, | ) ) | Case No. EDCV 11-01648 DDP (SSx) |
| Plaintiff, | ) ) ) | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | ) | |
| BANK OF AMERICA NA., A Delaware Corporation, | ) ) ) | [Docket No. 9] |
| Defendant. | ) ) | |

  Presently before the court is Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion"). Because Plaintiff has not filed an opposition, the court GRANTS the Motion.

  Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

  The hearing on Defendant's motion was set for November 28, 2011. Plaintiff's opposition was therefore due by November 7,

2011. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion. Plaintiff's Complaint is dismissed. In addition the Scheduling Conference set for December 12, 2011 is vacated.

IT IS SO ORDERED.

Dated: December 1, 2011

DEAN D. PREGERSON
United States District Judge