CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEN YAN WANG, an Individual, | **CASE NO.: 5:11-cv-01648 DDP (SSx)** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| BANK OF AMERICA, N.A.; AND DOES 1 through 100, inclusive, | Judge:   Hon. Dean D. Pregerson |
| Defendant. | |

This matter is before the Court on the motion by Defendant Bank of America, N.A. for entry of judgment pursuant to Rules 41(b), 54(b) and 58(a) as the Court previously dismissed the matter on December 1, 2011.

Having considered the motion and argument presented, it appears that good cause exists to enter judgment in this matter.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1
[PROPOSED] JUDGMENT

1  It is therefore ORDERED, ADJUDGED and DECREED that:

2  Judgment shall be and hereby is given against Plaintiff Wen Yan Wang and in
3  favor of Defendant and that Plaintiff shall take nothing against Defendant, and that
4  the Defendants shall recover from Plaintiff its costs of suit, including reasonable
5  attorneys' fees, in the sum set forth in any timely filed and approved or granted bill
6  of costs or motion seeking attorneys' fees.

8  IT IS ORDERED.

10  Dated: August 07, 2012

The Honorable Dean D. Pregerson
UNITED STATES DISTRICT JUDGE